GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TOVA D. WOLKING (CSBN 259782)
Special Assistant United States Attorney
     333 Market Street, Suite 1500
     San Francisco, California 94105
     Telephone:  (415) 977-8981
     Facsimile:  (415) 744-0134
     E-Mail: Tova.Wolking@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA A. MARTINEZ,  )<br>        Plaintiff,  )<br>     v.  )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of Social Security,  )<br>        Defendant.  )<br>_____) | No. EDCV 09-1430-RC<br><br>[~~PROPOSED~~]<br>**JUDGMENT OF REMAND** |

~~The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand~~ Pursuant to the Order of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand, pursuant to sentence 4, 42 USC 405(g).

DATED: *December 2, 2009*     */S/* ROSALYN M. CHAPMAN_____
                                      HONORABLE ROSALYN M. CHAPMAN
                                      UNITED STATES MAGISTRATE JUDGE